UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:18-00035 SJO (ADS)  Date: August 17, 2018

Title: *Von Laderas McPherson v. S. Hatton, Warden*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present  None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 9, 2018, Respondent filed a Motion to Dismiss and lodged supporting documents with the Court. [Dkt. Nos. 15 and 16]. On May 10, 2018, the Court ordered Petitioner to file his response to the Motion to Dismiss by or before June 8, 2018. [Dkt. No. 17]. Petitioner was expressly cautioned that failure to file a timely response to the Motion to Dismiss could result in a recommendation that the case be dismissed pursuant to Local Rule 7-12 and/or Federal Rule of Civil Procedure 41(b). [Id., p. 2].

As of the date of this Order, Petitioner has not filed any response to the Motion to Dismiss or otherwise communicated with the Court about his case. However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** why this action should not be dismissed **by no later than August 31, 2018.**

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**This is the second notice to Petitioner. Failure to timely file a response will result in a recommendation that this action be dismissed.**

**IT IS SO ORDERED.**

Initials of Clerk kh